IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| UNITED STATES OF AMERICA<br>Plaintiff<br><br>vs<br><br>LUIS A. HERNANDEZ-RAMIREZ<br>Defendant | CRIMINAL 05-0159CCC |
|---|---|

**O R D E R**

Having considered the Report and Recommendation filed on May 13, 2005 **(docket entry 7)** on a Rule 11 proceeding of defendant Luis A. Hernández-Ramírez held before Magistrate Judge Gustavo A. Gelpí on May 12, 2005, to which no opposition has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant Luis A. Hernández-Ramírez is accepted. The Court FINDS that his/her plea was voluntary and intelligently entered with awareness of his/her rights and the consequences of pleading guilty and contain all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since May 12, 2005. The **sentencing hearing is set for August 29, 2005 at 4:15 PM.**

SO ORDERED.

At San Juan, Puerto Rico, on May 20, 2005.

S/CARMEN CONSUELO CEREZO
United States District Judge